THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LOUIS COHEN, Respondent.

First Department, November 30, 1923.

See headnote in *People* v. *Weller* (*ante*, p. 337).

APPEAL by the plaintiff, The People of the State of New York, from a judgment of the Court of General Sessions of the City and County of New York, entered in the office of the clerk of said court on the 12th day of January, 1920, reversing a judgment of the City Magistrates' Court, First Division, Seventh District, rendered on the 28th day of February, 1919, convicting the defendant of a violation of section 11a of article 1 of chapter 3 of the Code of Ordinances of the City of New York.

*Joab H. Banton, District Attorney* [*Robert D. Petty, Deputy Assistant District Attorney*, of counsel; *Felix C. Benvenga, Deputy Assistant District Attorney*, with him on the brief], for the appellant.

*Louis Marshall*, for the respondent.

MARTIN, J.:

For the reasons stated in *People* v. *Weller* (207 App. Div. 337), decided herewith, we reject the reasoning advanced in the Court of General Sessions so far as it is intended to show that there was no power to adopt the ordinance in question. We agree, however, that error was committed in the exclusion of evidence as set forth in the opinion in this case, reported in *People* v. *Cohen* (109 Misc. Rep. 622).

We, therefore, affirm the judgment of that court. We deem it unnecessary to consider the other points discussed in said opinion.

SMITH and McAVOY, JJ., concur; CLARKE, P. J., and FINCH, J., concur in result.

Judgment affirmed.